| | |
|---|---|
| Case Number: | 19-25143-MMH |
| Petition Filing Date: | 11/12/2019 |
| Plan Filing Date: | 11/12/2019 |
| First Payment: | 12/12/2019 |
| Confirmation Date and Time: | 1/22/2020 10:00 AM |
| Cont 341 Date and Time: | 5/8/2020 11:00:00 AM |
| Debtor(s): | MICHELLE BATTLE |
| Counsel: | RONALD J DRESCHER |
| Phone #: | 4104849000 |
| E-Mail: | rondrescher@drescherlaw.com |

☑ Photo ID & SSN Verified            341            ☐ Hold Open  ☑ Concluded

**Prior Cases:**
- 2018 Ch 13 DISM (MD)
- 2017 Ch 7 D/C (MD)
- 2013 Ch 13 DISM (VA) 2x
- 2011 Ch 13 DISM (VA)
- 2002 Ch 13 DISM (VA)
- 1999 Ch 7 & 13 (VA)
- 1995 Ch 13 DISM (VA)
- 1993 Ch 13 (VA)
- 1994 Ch 13 DISM (VA)

Z. Debra Gilden for Drescher

First Meeting Date: **12/19/2019**

**Present Creditors:** _____

| | |
|---|---|
| **Plan:** | - Para. 1.3. Both boxes checked. Clarify.<br>- Para. 4.2 Amd atty fees to match amd 2016(b).<br>- TX IRS p/c $542 per C#19.<br>- Paras. 4.6.1., 5.2., 5.4., & 9. Need to check a box.<br>- Para. 4.6.2. Amd Exeter arrs $6253.62 per C#1 & remove EMI.<br>- Exeter tx twice.<br>- Para. 7 Add landlord.<br>Underfunded |
| **Motion/Objections:** | |
| **Income/DI:** | - Giant: OK -- no longer working there, don't expect to go back (chronic illness, Lupus)<br>- Star Mgmt Group, LLC: OK (Hilton Hotel, no working there, don't expect to go back)<br>- SS: OK<br>- Cash Assistance: OK --From City |
| **Tax/Refund History:** | - NPF<br>- IRS C#19 list 2018 not filed. If not required to file, notify IRS Insolvency. Need amd IRS POC. |
| **Expense:** | - Need monthly car pmt & pet expenses.<br>- $404/mo car ins high for 1 car. |
| **Chapter 7 Liquidation:** | No assets. |
| **Schedules:** | Sch J: Add monthly car pmt & pet expenses. |
| **Other:** | |

Meeting Conducted By: Brian Tucci, Esquire

Reviewed By: Brian Tucci, Esquire

Reviewed Date: 5/19/2020